# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 JUN -5 PM 1:08

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No.    _____

(To be supplied by the court)

Andrew-Derek : Everett _____, Plaintiff

v.

Northpointe Trust _____,

Northpointe Bank _____,

Northpointe Bancshares Inc. _____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes ✓ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Andrew-Derek:Everett, %3278 South Wadsworth Boulevard, Unit 1-138, Lakewood, Colorado [80227]
(Name and complete mailing address)

303-233-5383 , eandrewd623@aol.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  Northpointe Trust, 770 Kenmoor St. S.E., Grand Rapids, MI 49546
(Name and complete mailing address)

616-940-9400
(Telephone number and e-mail address if known)

Defendant 2:  Northpointe Bank, 3333 Deposit Drive N.E., Grand Rapids, MI 49546
(Name and complete mailing address)

616-940-9400
(Telephone number and e-mail address if known)

Defendant 3:  Northpointe Bancshares, Inc. 3333 Deposit Drive N.E., Grand Rapids, MI 49546
(Name and complete mailing address)

616-940-9400
(Telephone number and e-mail address if known)

Defendant 4:  _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_____    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

18 U.S. Code § 1348 , Securities Exchange Act of 1934

_____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the ~~State of~~ Colorado Republic            .

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a ~~corporation,~~ Trust

Defendant 2 & 3 is incorporated under the laws of Michigan            (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*


CLAIM ONE: Securities Fraud

Supporting facts:

On May 15, 2023, a registered security was sent to Northpointe Trust, 770 Kenmoor St. S.E., Grand Rapids, MI 49546, addressed to the Administrative Trustee, Randall J. Ferris. United States Post Office tracking shows in was delivered and signed for on May 22, 2023 at 3:05 PM. It was sent Registered mail and insured for $32,000.00. The value of this security was $31,631.49. Upon calling them, they were not aware of any Northpointe Trust. I was told over the phone that Randall J. Ferris is a customer. That the address as shown on the documents listed on the SEC is an old address. They denied receiving this Registered Security

A second registered security was sent on May 31, 2023 for $36,047.21, sent registered mail and insured for $36,048.00. The United States Post Office tracking shows it is en route. These securities are not being credited to my account. I believe there is fraud, They will no longer take my phone calls or return my calls. I have copies of all documentation that i will submit to the court.

Further, i have evidence of mortgage fraud. They are in the process of foreclosure against me. I have sent payments every month. Several large payments were returned to me and not credited. Payments sent under Accord and Satisfaction, U.C.C. 3-311, were not honored.

4

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."* I would like a temporary restraining order signed by a Judge immedietely to halt the foreclosure. An investigation by the SEC, I would like them to produce the original note and Deed of Trust i signed at the closing and a UCC-11 showing i am the debtor. Since this was a purchase money loan as stated in 16 CFR §433.1(d) which is a cash advance received by a consumer in return for a Finance Charge, i want that cash advance since they did not give it to me, i want my securities credited. If they cannot produce the original note and Deed of Trust and provide a U.C.C.-11, they can not legally foreclose and i want the foreclosure stopped and the Deed to be released to me.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury under the laws of the united States of America that the foregoing is true and correct, and that I am the plaintiff in this action, that I have read this complaint, and that the information is true and correct to the best of my knowledge. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Andrew-Derek : Everett.*
(Plaintiff's signature)

05 June, 2023
(Date)

Notary *Shaelynn Munich*

My Commission Expires: 04/24/2027

SHAELYNN MUNICH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234015517
MY COMMISSION EXPIRES 04/24/2027

(Revised February 2022)

5